UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                         Criminal No. 11-cr-177-01-JL

<u>Christopher Ramos</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 9) filed by defendant is granted; Final Pretrial is rescheduled to July 27, 2012 at 3:00 p.m.; Trial is continued to the two-week period beginning August 7, 2012, 9:30 a.m.  The court asks that, in future motions, counsel indicate what charges the defendant faces, which will save the court the step of looking that up.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date:  April 24, 2012

cc:  Behzad Mirhashem, AFD
     Arnold H. Huftalen, AUSA
     U.S. Marshal
     U.S. Probation